## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **STEFANOS PONTIKIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-cv-00312-O-BP** |
| | § | |
| **ATIEVA, INC.,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 49. Plaintiff Stefanos Pontikis filed objections. *See* ECF No. 53. The Court has concluded a de novo review of those portions of the proposed findings and recommendation to which an objection was made. The Court finds that the Findings, Conclusions, and Recommendation in this case (ECF No. 49) should be and is hereby **ACCEPTED** and Plaintiff's objections **OVERRULED**.

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss, or in the Alternative, Motion to Transfer Venue (ECF No. 30) is **GRANTED in part**, and the case is **TRANSFERRED** to the District of Arizona. The Clerk of Court shall stay this case for 21 days pursuant to Local Civil Rule 62.2.

**SO ORDERED** on this **25th** day of **February, 2025.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**